In the Matter of the Application of EDWARD DECKER, Appellant, for an Order of Mandamus against STEPHEN B. STORY, as City Manager of the City of Rochester, Respondent.

PER CURIAM. A question of fact was presented by the evidence as to whether the men who painted the walls, ceilings, woodwork and partitions in the Fitzhugh street building were while so working engaged in the trade or occupation of painters. In view of the final motion of the counsel of petitioner for leave to go to the jury on this question, it was error for the trial court to direct a verdict in favor of the respondent. (*Brown Paint Co.* v. *Reinhardt*, 210 N. Y. 162.) All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. Final order and order denying petitioner's motion for a new trial reversed on the law, and a new trial granted, with costs to appellant to abide the event.

ALLEN STAPLEY, Respondent, v. ARTHUR ALDRICH, Appellant.

PER CURIAM. The charge of the court that, if either party fails to call an available witness, the jury may find that the evidence of such witness would be adverse to such party, is clearly error. The charge applies alike to both parties, and we are of the opinion that it is not so prejudicial to appellant as to require the reversal of the judgment appealed from, under the peculiar circumstances of this case. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ. Judgment affirmed, with costs.